MARY M. PROHASKA, APPELLANT, V. FRANK PROHASKA,
APPELLEE.
371 N.W.2d 742
Filed August 16, 1985. No. 84-532.

James E. Case of Case, Reinsch & Slattery, P.C., for
appellant.

Herbert J. Elworth of Casey & Elworth, for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS, CAPORALE,
SHANAHAN, and GRANT, JJ.

PER CURIAM.

The instant appeal involves a domestic relations matter. The
petitioner-appellant filed for dissolution of the marriage. The
court granted the dissolution, awarded custody of the minor
child to appellant, awarded alimony and child support to be
paid by the appellee, awarded attorney fees to appellant, and
divided the couple's property. The appeal assigns all of these
actions except the award of custody as error. All such actions
are matters initially entrusted to the sound discretion of the trial
judge and, on appeal, will be reviewed de novo on the record
and will be affirmed in the absence of an abuse of the trial
judge's discretion, recognizing that where the evidence is in
conflict this court will give weight to the fact that the trial judge
observed and heard the witnesses and accepted one version of
the facts rather than another.

We have so reviewed the record and find the decision of the
district court is in all respects correct. The judgment is
affirmed.

AFFIRMED.